JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI  96814
Telephone: (808) 377-6778
Email:  justinbrackettlaw@gmail.com

*Attorney for Plaintiff*
Demetre Durham

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEMETRE DURHAM, | CASE NO.  1:23-CV-00254 DKW-RT |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND ORDER |
| TRANS UNION, LLC | |
| Defendant. | |

**STIPULATION FOR DISMISSAL
WITH PREJUDICE OF ENTIRE ACTION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby STIPULATED AND AGREED, by and between Plaintiff Demetre Durham ("Plaintiff") and Defendant TRANS UNION, LLC ("Defendant"), by and through their undersigned counsel, that all of Plaintiff's claims in the Action against Defendant, and any and all claims that Plaintiff could have raised in the Action

against Defendant, shall be and hereby are DISMISSED WITH PREJUDICE. Plaintiff and Defendant are to each bear their own respective attorneys' fees and costs.

There are no remaining claims or issues remaining in the Action between Plaintiff and Defendant. All appearing parties in the Action have signed this Stipulation through their respective undersigned counsel.

Respectfully submitted this 18th day of April, 2024.

/s/ Justin A. Brackett
JUSTIN A. BRACKETT

*Attorney for Plaintiff*
Demetre Durham

/s/ Mason A. Moody
MASON A. MOODY
DAVID M. LOUIE
NICHOLAS R. MONLUX

*Attorneys for Defendant*
TRANS UNION, LLC

DATED: April 23, 2024 at Honolulu, Hawai'i.
APPROVED AND SO ORDERED:



/s/ Derrick K. Watson
Judge  United States District Court

Durham v. Trans Union, LLC – 1:23-CV-00254 DKW-RT – Stipulation for Dismissal with Prejudice of Entire Action